# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3183
L.T. Case No. 2020-CF-002006-A

_____

KEYON M. PAIGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Keyon M. Paige, Madison, pro se.

No Appearance for Appellee.

April 23, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____